BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
ADAM M. JOHNSON, IDAHO STATE BAR NO. 11805
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
6450 N. MINERAL DRIVE SUITE 210
COEUR D'ALENE, ID 83815
TELEPHONE: (208) 667-6568
FACSIMILE: (208) 667-0814

U.S. COURTS
SEP 15 2026
Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JOEL CHRISTOPHER BETZ JR.,<br>Defendant. | Case No. CR 26-0255-N AKB<br>**INDICTMENT**<br>18 U.S.C. § 2261A(2)<br>18 U.S.C. § 875(c) |

The Grand Jury charges:

**<u>COUNT ONE</u>**
**Cyberstalking**
**18 U.S.C. § 2261A(2)**

Between about May 2025 through August 2025, in the District of Idaho and elsewhere, the Defendant, JOEL CHRISTOPHER BETZ JR., with the intent to injure, harass, and intimidate Victim 1, used facilities of interstate or foreign commerce, including electronic mail, to engage in a course of conduct that caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to that person or that person's spouse or immediate family member, and placed that person in reasonable fear of death or serious bodily injury to that person or that

person's spouse or immediate family member, in violation of Title 18, United States Code, Section 2261A(2).

**COUNT TWO**
**Cyberstalking**
**18 U.S.C. § 2261A(2)**

Between about May 2025 through March 2026, in the District of Idaho and elsewhere, the Defendant, JOEL CHRISTOPHER BETZ JR., with the intent to injure, harass, and intimidate Victim 2, used facilities of interstate or foreign commerce, including electronic mail, to engage in a course of conduct that caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to that person or that person's spouse or immediate family member, and placed that person in reasonable fear of death or serious bodily injury to that person or that person's spouse or immediate family member, in violation of Title 18, United States Code, Section 2261A(2).

**COUNT THREE**
**Interstate Communications with a Threat to Kidnap or Injure**
**18 U.S.C. § 875(c)**

On or about August 12, 2025, in the District of Idaho and elsewhere, the Defendant, JOEL CHRISTOPHER BETZ JR., knowingly and willfully used the Internet and electronic mail to transmit in interstate and foreign commerce an email to Victim 1, and the communication contained a threat to injure Vitim 2, specifically, "Tell [Victim 2] and her group I got a propane tank nice and charged to hang you and burn you alive to tell the truth," in violation of Title 18, United States Code, Section 875(c).

**COUNT FOUR**
**Interstate Communications with a Threat to Kidnap or Injure**
**18 U.S.C. § 875(c)**

On or about August 12, 2025, in the District of Idaho and elsewhere, the Defendant, JOEL CHRISTOPHER BETZ JR., knowingly and willfully used the Internet and electronic mail to

transmit in interstate and foreign commerce an email to Victim 1, and the communication contained a threat to injure Vitim 2's family, specifically, "Ask [Victim 2] what family members or friends do you Wana see tortured in front of you for the pain you are fucking causing me [Victim 2] it's so personal I'll make sure everything you love gets hunted down," in violation of Title 18, United States Code, Section 875(c).

Dated this 15th day of September, 2026.

A TRUE BILL

*/s/ [signature on reverse]*

FOREPERSON

BART M. DAVIS
UNITED STATES ATTORNEY
By:

ADAM M. JOHNSON
ASSISTANT UNITED STATES ATTORNEY